ALAN M ANZAROUTH (CABN 84888)
Attorney at Law
3111 Camino Del Rio North, Suite 204
San Diego, California 92108
Telephone: (619) 398-9390
Facsimile: (619) 528-0010
alan@anzarouthimmlaw.com

Attorney for Federal Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUSTAFA AIYED MOHAN AL DULAYMI,<br><br>Plaintiff,<br><br>v.<br><br>EMILIA BARDINI, *et al.*,<br><br>Defendants. | No. 3:19-cv-01464-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Joseph C. Spero |

It is hereby stipulated, by and between the undersigned plaintiff MUSTAFA AIYED MOHAN AL DULAYMI and the defendants, by and through their respective attorneys, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and defendant hereby stipulate to dismiss with prejudice the above-captioned action. Each party to bear his, her or its own costs and attorneys' fees.

**SO STIPULATED AND AGREED.**

DATED: April 3, 2020

                                                    */s Alan M. Anzarouth*
                                                  Alan M. Anzarouth
                                                  Attorney for Plaintiff

DATED: April 2, 2020

DAVID L. ANDERSON
United States Attorney
/s Jevechius D. Bernardoni
JEVECHIUS D. BERNARDONI*
Assistant United States Attorney

Attorneys for Defendants

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Dated: April 6, 2020



IT IS SO ORDERED
Judge Joseph C. Spero

PLEADING TITLE - 2